UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **WILLIAM STEVENSON d/b/a** )<br>**Pen Bay Towing (a/k/a Maine Towing &** )<br>**Salvage),** )<br>      **Petitioner** )<br> ) <br>v. )<br> )<br>**OCTOBER PRINCESS HOLDINGS,** )<br>**LLC., et al.,** )<br> )<br>      Respondents | Civil No. 05-240-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

   The United States Magistrate Judge filed with the Court on May 26, 2006, his Recommended Decision (Docket No. 35).  Respondents filed their Objection to the Recommended Decision (Docket No. 36) on June 5, 2006.  Petitioner filed his Response to Objection (Docket No. 37) on June 14, 2006.

   I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

   1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

   2. The findings of fact set forth in the Recommended Decision are ADOPTED. Petitioner's Motion for Stay (Docket No. 11 (see No. 8)) is GRANTED.  The parties are directed to advise this Court in writing of the status of the arbitration proceeding every six months.

                                                                 /s/ George Z. Singal
                                                                 Chief U.S. District Judge

Dated:  June 22, 2006.