# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM STEVENSON d/b/a Pen Bay Towing a/k/a Maine Towing & Salvage,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>OCTOBER PRINCESS HOLDINGS, LLC<br>　　　　*In Personam*,<br><br>and M/V OCTOBER PRINCESS, O.O. 1105156, her engines, tackle, furniture, boats, appurtenances, etc.<br>　　　　*In Rem*<br><br>　　　　　　Defendants | Civil No. 05-240-P-S |

**ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEY'S FEES**

Now before the Court is Defendants' Motion for Attorney's Fees. (Docket No. 55.) Defendants specifically request an award of attorney's fees in connection with defending against Plaintiff's Motion to Vacate the Arbitration Award. After reviewing the Motion and the underlying Motion to Vacate, the Court finds that this is a close case; however, there is no evidence of bad faith. Thus, there is no basis to support an award of attorney's fees. Accordingly, it is **ORDERED** that Defendants' Motion for Attorney's Fees be, and it is hereby, **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal_____
　　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Court Judge

Dated at Portland, Maine this 24th day of January, 2008.